Matter of Roy (2026 NY Slip Op 01272)

Matter of Roy

2026 NY Slip Op 01272

Decided on March 5, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 5, 2026

PM-40-26
[*1]In the Matter of Ananda Bikash Roy, an Attorney. (Attorney Registration No. 4576831.)

Calendar Date:March 2, 2026

Before:Clark, J.P., Ceresia, Fisher, Powers and Corcoran, JJ.

Ananda Bikash Roy, Angier, North Carolina, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Ananda Bikash Roy was admitted to practice by this Court in 2008 and lists a business address in Angier, North Carolina with the Office of Court Administration. Roy now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Roy's application.
Upon reading Roy's affidavit sworn to December 12, 2025 and filed December 19, 2025, and upon reading the February 26, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Roy is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Ceresia, Fisher, Powers and Corcoran, JJ., concur.
ORDERED that Ananda Bikash Roy's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Ananda Bikash Roy's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Ananda Bikash Roy is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Roy is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Ananda Bikash Roy's shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.